UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERMAN POLANCO MARTINEZ,

        Petitioner,

    v.

WARDEN, et al.,

        Respondents.

No.  2:26-cv-01154-DAD-EFB (HC)

ORDER

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The District Judge has referred the matter to the undersigned magistrate judge.  ECF No. 9.

It is HEREBY ORDERED that, within seven days of the date of this order, respondent shall file a return to the petition.  Petitioner may file a traverse within three days of the filing of the return.  If no traverse is filed within that time, the court will consider the petition submitted.

DATED: May 4, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1